# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KENDRA DRONE-NORTH**                                                                **PLAINTIFF**

**VS.**                                                **CASE NO. 4:24-CV-405**

**ARKANSAS BUREAU OF**
**LEGISLATIVE RESEARCH**                                                         **DEFENDANT**

## RULE 26(f) REPORT

Plaintiff Kendra Drone-North and Defendant Bureau of Legislative Research ("BLR") submit the following information as required by Rule 26(f) and the Court's Initial Scheduling Order:

1.  Any changes in timing, form, or requirements of initial disclosures under Fed. R. Civ. P. 26(a).

    Yes, the parties agree to modify the time to provide initial disclosures to thirty days following the Rule 26(f) conference.

2.  Date when initial disclosures were or will be made.

    On or before December 4, 2024.

3.  Subjects on which discovery may be needed.

    Plaintiff: Plaintiff's claims for racial discrimination and retaliation while employed by the Defendant. This will include written discovery to Defendant regarding the claims and defenses of the case.

    Defendant: The basis for Plaintiff's assertions and defenses to same, including the legitimate and non-discriminatory reasons for all challenged personnel decisions.

4.  Whether any party will likely be requested to disclose or produce information from electronic or computer-based media. If so:

    a.    whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business;

        The parties anticipate that all relevant records will be reasonably available to the parties in the ordinary course of business

    b.    the anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business.

        Unknown at this time.

    c.    the format and media agreed to the parties for the production of such data as well as agreed procedures for such production.

        The parties will confer as necessary to determine the best method of production

    d.    whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise

        The parties have been made aware of the need to maintain the relevant record taken in the ordinary course of business.

    e.    other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.

        None at this time.

5.    Date by which discovery should be completed.

July 11, 2025.

6. Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.

> The parties consent to the electronic service of Initial Disclosures, Interrogatories, Requests for Production of Documents, Requests for Admissions, and Notices of Deposition, as well as Responses to Interrogatories, Requests for Production of Documents, and Requests for Admission, at the email addresses at which they receive ECF filings in this case. The parties agree that discovery may be signed by e-signature rather than by hand. The parties agree to produce and deliver paper or electronic copies of any documents which would ordinarily be produced subject to Federal Rules of Civil Procedure 26 or 34

7. Any Orders, e.g. protective orders, which should be entered

> A protective order protecting the confidentiality of personnel files of other ADC employees will be required if Plaintiff requests any other employee's files through discovery.

8. Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action

> None

9. Any objections to the proposed trial date

> None

10. Proposed deadline for joining other parties and amending the pleadings

> June 12, 2025

11. Proposed deadline for completing discovery

> July 11, 2025

12. Proposed deadline for filing motions other than motions for class certification

> August 11, 2025

13. Class certification: In the case of a class action complaint, the proposed deadline for the parties to file a motion for class certification

> N/A

Respectfully submitted,

TIM GRIFFIN
Attorney General

Carl F. "Trey" Cooper, III
Ark Bar No. 2007294
Senior Assistant Attorney General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Phone:  (501) 682-3658
Fax:     (501) 682-2591
Email:  trey.cooper@arkansasag.gov

*Attorneys for Defendant,
Bureau of Legislative Research*


AND

Austin Porter Jr.
Ark. Bar No. 86145
PORDER LAW FIRM
The Catlett-Prien Tower Building
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
Email: Aporte5640@aol.com