IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENDRA DRONE-NORTH**                                                          **PLAINTIFF**

V.                            **CASE NO. 4:24-cv-00405-LPR**

**ARKANSAS BUREAU OF**
**LEGISLATIVE RESEARCH**                                                         **DEFENDANT**

### SECOND JOINT MOTION TO AMEND SCHEDULING ORDER

Comes the Plaintiff, Kendra Drone-North, by and through her attorney, Austin Porter Jr., and Defendant Arkansas Bureau of Legislative Research ("BLR"), by and through its attorneys, Attorney General Tim Griffin and Senior Assistant Attorney General Carl F. "Trey" Cooper, III, and for their Second Joint Motion for Protective Order state:

1. Per the Court's Final Scheduling Order (Doc 7) as Amended by Text Entry on the Docket (Doc. 9), the deadline to complete discovery is August 11, 2025 and the deadline to file motions is September 11, 2025.

2. The parties are working diligently and cooperatively to complete discovery. However, despite good faith efforts to complete discovery before the August 11, 2025 deadline, the parties need more time to conduct depositions and obtain records. As such the parties request the discovery deadline be moved to September 19, 2025.

3. Should the Court grant the request of the parties to extend the discovery deadline to September 19, 2025, the parties believe that the present deadline of September 11, 2025 for motions must be extended as well. The parties propose that the motion deadline be extended to October 11, 2025.

WHEREFORE, the parties respectfully request that this Court grant their Second Joint Motion to Amend the Final Scheduling Order and for all other relief to which they may be entitled.

Respectfully submitted,

Austin Porter Jr.
Ark Bar No. 86145
PORTER LAW FIRM
The Catlett-Prien Tower Building
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
Email: Aporte5640@aol.com

*Attorney for Plaintiff, Kendra Drone-North*

AND

TIM GRIFFIN
Attorney General

Carl F. "Trey" Cooper, III
Ark Bar No. 2007294
Senior Assistant Attorney General
Office of the Arkansas Attorney
General 323 Center Street, Suite 200
Little Rock, AR 72201
Phone:  (501) 682-3658
Fax:     (501) 682-2591
Email:  trey.cooper@arkansasag.gov

*Attorneys for Defendant, Bureau of Legislative Research*