**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KENDRA DRONE-NORTH**                                                           **PLAINTIFF**

**V.**                        **CASE NO. 4:24-cv-00405-LPR**

**ARKANSAS BUREAU OF**
**LEGISLATIVE RESEARCH**                                                **DEFENDANT**

<u>**DEFENDANT'S MOTION FOR SUMMMARY JUDGMENT**</u>

Comes Defendant Arkansas Bureau of Legislative Research ("BLR"), by and through its counsel, Attorney General Tim Griffin and Senior Assistant Attorney General Carl F. "Trey" Cooper, III, and for its Motion for Summary Judgment states:

1. Plaintiff alleges that BLR discriminated against her by promoting less qualified white applicants, pay her less than white employees, and terminating Plaintiff's employment. Plaintiff also alleges that BLR retaliated against her for filing a grievance alleging discrimination by terminating Plaintiff's employment.

2. The undisputed material facts show that Plaintiff failed to exhaust administrative remedies by filing an EEOC Charge within 180 days of most of her failure to promote claims.

3. The undisputed material facts demonstrate that Plaintiff cannot establish a prima facie case for failure to promote based on discrimination because Plaintiff was not qualified for the positions for which she applied and because the person hired was more qualified.

4. The undisputed material facts demonstrate that Plaintiff was discriminated against by being paid less than similarly situated white employees.

5. The undisputed material facts demonstrate that Plaintiff's termination was not due to discrimination based on Plaintiff's race.

6. The undisputed material facts demonstrate that Plaintiff's termination was the result of retaliation because there is no evidence of a causal connection between Plaintiff's termination and her grievance about alleged inequities.

7. BLR is entitled to summary judgment as to all of Plaintiff's claims.

8. BLR's Motion for Summary Judgment is supported by the following exhibits:

   a. Exhibit 1 – Declaration of Director Garrity[1]

   b. Exhibit 2 – BLR Employee Policy Manual

   c. Exhibit 3 – Job Descriptions

   d. Exhibit 4 – July 14, 2014 Memorandum regarding salary adjustments

   e. Exhibit 5 – Plaintiff's Salary History at BLR

   f. Exhibit 6 – Memorandum from independent investigator

   g. Exhibit 7 – Decision of Executive Subcommittee of the Arkansas Legislative Council

   h. Exhibit 8 – Sheri Thomas's notes regarding Plaintiff

   i. Exhibit 9 – Director Garrity's notes regarding Plaintiff

   j. Exhibit 10 – Jessica Whitaker's notes regarding Plaintiff

   k. Exhibit 11 – Estella Smith's notes regarding Plaintiff

   l. Exhibit 12 – Jill Thayer's notes regarding Plaintiff

   m. Exhibit 13 – Plaintiff's February 17, 2023 internal complaint and transcription of meeting with Sheri Thomas

   n. Exhibit 14 – Plaintiff's Evaluation for May 1, 2018 to April 30, 2019

---

[1] Exhibit A to the Declaration of Director Garrity is a pdf of an excel spreadsheet showing pay and raises for all administrative assistants since 2012. Exhibit A may be difficult to read if printed out, but when viewed a pdf, the information is readable with the zoom function. Should the Court wish to review the excel spreadsheet, BLR would be happy to provide a copy of the excel file to the Court.

    o.    Exhibit 15 – Plaintiff's Evaluation for May 1, 2019 to April 30, 2020

    p.    Exhibit 16 – April 1, 2020 Memorandum regarding salary increase for Plaintiff

    q.    Exhibit 17 – Plaintiff's deposition transcript

    r.    Exhibit 18 – Plaintiff's Charge filed with the EEOC.

WHEREFORE, Defendant Arkansas Bureau of Legislative Research prays that its motion for summary judgment is granted and for all other just and proper relief.

Respectfully submitted,

TIM GRIFFIN
Attorney General

Carl F. "Trey" Cooper, III
Ark Bar No. 2007294
Senior Assistant Attorney General
Office of the Arkansas Attorney General
BOB R. BROOKS JR. JUSTICE BUILDING
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 682-3658
Fax:   (501) 682-2591
Email: trey.cooper@arkansasag.gov

*Attorneys for Defendant,*
*Bureau of Legislative Research*