# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KENDRA DRONE-NORTH**                                                                                     **PLAINTIFF**

**V.**                               **CASE NO. 4:24-cv-00405-LPR**

**ARKANSAS BUREAU OF**
**LEGISLATIVE RESEARCH**                                                                                   **DEFENDANT**

### UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY TO RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Comes Defendant Arkansas Bureau of Legislative Research ("BLR"), by and through its counsel, Attorney General Tim Griffin and Senior Assistant Attorney General Carl F. "Trey" Cooper, III, and for its Unopposed Motion to Extend Time to File Reply to Response to Motion for Summary Judgment, states:

1. On November 5, 2025, BLR filed its Motion for Summary Judgment (Doc 17), Statement of Undisputed Material Facts (Doc. 18), and Brief in Support of Motion for Summary Judgment (Doc. 19).

2. On December 8, 2025, Plaintiff filed her Response to BLR's Motion for Summary Judgment (Doc. 26), Response to Statement of Undisputed Material Facts (Doc. 27), and Brief in Support of Response to BLR's Motion for Summary judgment (Doc. 28).

3. BLR's reply to Plaintiff's Response to BLR's Motion for Summary Judgment is due on December 15, 2025.

4. BLR requests that the Court extends its deadline to file its Reply to Plaintiff's Response to BLR's Motion for Summary Judgment three days until December 18, 2025.

5. Counsel for BLR conferred with counsel for Plaintiff, and Plaintiff does not object to the requested extension.

WHEREFORE, Defendant BLR respectfully requests that the Court extend its time to file a reply to Plaintiff's Response to BLR's Motion for Summary Judgment to December 18, 2025.

Respectfully submitted,

TIM GRIFFIN
Attorney General

Carl F. "Trey" Cooper, III
Ark Bar No. 2007294
Senior Assistant Attorney General
Office of the Arkansas Attorney
General 323 Center Street, Suite 200
Little Rock, AR 72201
Phone:  (501) 682-3658
Fax:      (501) 682-2591
Email:  trey.cooper@arkansasag.gov

*Attorneys for Defendant, Bureau of Legislative Research*