**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KENDRA DRONE-NORTH**                                                       **PLAINTIFF**

**V.**                      **CASE NO. 4:24-cv-00405-LPR**

**ARKANSAS BUREAU OF**
**LEGISLATIVE RESEARCH**                                              **DEFENDANT**

### DEFENDANT'S MOTION TO CONTINUE TRIAL DATE

Comes Defendant Arkansas Bureau of Legislative Research ("BLR"), by and through its counsel, Attorney General Tim Griffin and Senior Assistant Attorney General Carl F. "Trey" Cooper, III, and for its Motion to Continue Trial Date states:

1. This matter is set for trial sometime the week of February 17, 2026. Doc. 12.

2. One of BLR's most important functions is to support the legislature when in session. The 2026 fiscal legislative session begins at noon on April 8, 2026. However, BLR's work begins well before the start of the session. Preparation for the fiscal session will begin in early February with pre-session budget hearings beginning on March 4, 2026.

3. The trial of this matter will require multiple BLR employees, including its Director, to be in Court and not at the State Capital preparing for and supporting the legislators as to the upcoming fiscal session.

4. Time for preparation of BLR witnesses will be severely limited until after the 2026 fiscal session ends on May 7, 2026, unless extended in which case the session will end on May 22, 2026.

5. BLR respectfully requests that the Court continue the trial of this matter until sometime after June 1, 2026 to allow BLR employees who are witnesses ample time to prepare for trial without also having to prepare for and support the 2026 fiscal session.

6. Additionally, BLR's motion for summary judgment is pending the outcome of which could negate the need for a trial or greatly impact the scope of issues at trial. The requested continuance will benefit the parties by allowing for a ruling on the motion for summary judgment well before trial so the parties can more efficiently prepare for trial should it still be necessary.

7. Counsel for BLR conferred with counsel for Plaintiff prior to filing this motion, and Plaintiff does not object to the requested continuance.

WHEREFORE, Defendant Bureau of Legislative Research respectfully requests that the Court continue the trial set of this matter until sometime after June 1, 2026 so that Defendant can focus on the 2026 fiscal session of the Arkansas Legislature and to allow the Court to rule on the pending motion for summary judgment well in advance of trial.

Respectfully submitted,

TIM GRIFFIN
Attorney General

Carl F. "Trey" Cooper, III
Ark Bar No. 2007294
Senior Assistant Attorney General
Office of the Arkansas Attorney
General 323 Center Street, Suite 200
Little Rock, AR 72201
Phone:  (501) 682-3658
Fax:     (501) 682-2591
Email:  trey.cooper@arkansasag.gov

*Attorneys for Defendant, Bureau of Legislative Research*