aIN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION


KENDRA DRONE-NORTH                                                                                PLAINTIFF


VS.                                        CASE NO. 4:24-CV-00405 LPR


ARKANSAS BUREAU OF LEGISLATIVE RESEARCH                              DEFENDANT


PLAINTIFF'S MOTION FOR LEAVE TO AMEND HER COMPLAINT

Comes the plaintiff Kendra Drone-North, by and through her attorney, **Austin Porter Jr., d/b/a Porter Law Firm** and for her Motion for Leave to Amend her complaint pursuant to Rule 15(a) and 15(c)  and 16(b)(4) of the Federal Rules of Civil Procedure, she states the following:

1.     On May 7, 2024, the plaintiff filed her complaint before this honorable Court, pursuant to Title VII of the Civil Rights Act of 1964 (as amended), alleging that she had been discriminated against on account of her race as well as suffering retaliation due to complaining about discriminatory treatment.

2.     On November 4, 2024, the Court entered its final scheduling order providing a trial date during the week of December 9, 2025.  The Court also ordered that any amendment to the pleadings must be made no later than June 12, 2025.

3.     On August 12, 2025, the Court entered an *Amended Final Scheduling Order* establishing the week of February 17, 2026 for trial.  The Court also provided the date of October 13, 2025 as the date that all motions, except motions *in limine*, must be filed.

4.     The plaintiff wishes to amend her complaint pursuant to Rule 15(b), Rule 16(b)(4) of the Federal Rules of Civil Procedure, to allege that she was the victim of retaliation when she

1

was denied promotional opportunities for the legislative analyst positions for which she applied and was qualified.  (**See Plaintiff's Exhibit "A", ¶ 63**).

5.    Pursuant to Rule 16(b)(4), the Court should modify the scheduling order to allow this amendment to occur.  The plaintiff has been diligent in complying with the court's scheduling order, no prejudice would result if this modification were allowed, furthermore, the defendant raised the issue in its Statement of Undisputed Facts – No. 33, to which the plaintiff responded.  Furthermore, this amendment will not cause unnecessary delay, in that this case is in a holding pattern, with no pending trial date.

6.    Furthermore, if this matter had gone to trial, and this issue would have been raised during trial, Federal Rule of Civil Procedure 15(b)(1) would have given the Court the authority to amend the pleading.  The rule provides: "The court should freely permit an amendment when doing so will aid in presenting the merits and the objecting party fails to satisfy the court that the evidence would prejudice that party's action or defense on the merits."  Fed.R.Civ.P. 15(b)(1).

THEREFORE, based on arguments made in the brief in support, the Court should allow the plaintiff to amend her complaint to add the claim of retaliation in failing to promote her to the legislative analyst position, and for all other just and proper relief, she is entitled to.

Respectfully submitted,

PORTER LAW FIRM
The Catlett-Prien Tower Building
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
Email: Aporte5640@aol.com

By:  Austin Porter Jr.
     Austin Porter Jr., No. 86145

2

## <u>CERTIFICATE OF SERVICE</u>

I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas – Central Division, on this 24th day of June 2026, using the CM/ECF system, which is designed to send notification of such filing to the following:

Carl F. "Trey" Cooper III.
Senior Assistant Attorney General
Office of the Attorney General
Bob R. Brooks Justice Building
101 West Capitol Avenue
Little Rock, Arkansas 72201

Email: trey.cooper@arkansasag.gov

Austin Porter Jr.