IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KENDRA DRONE-NORTH                                    PLAINTIFF

VS.            NO. 4:24-CV-00405-LPR

ARKANSAS BUREAU OF LEGISLATIVE RESEARCH               DEFENDANT

ORAL DEPOSITION

OF

KENDRA DRONE-NORTH

TAKEN OCTOBER 7, 2025, AT 10:12 A.M.



*Arkansas Diamond Court Reporting*

*21043 Natalie Lane*
*Little Rock, Arkansas  72206*
*www.arkansasdiamondcourtreporting.com*
PHONE: 501.319.4807

**EXHIBIT**

17

---

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:
MR. CARL F. "TREY" COOPER, III
SENIOR ASSISTANT ATTORNEY GENERAL
OFFICE OF ARKANSAS ATTORNEY GENERAL
101 WEST CAPITOL AVENUE
LITTLE ROCK, ARKANSAS 72201
TREY.COOPER@ARKANSASAG.GOV

ON BEHALF OF THE DEFENDANT:
MR. AUSTIN P. PORTER, JR.
PORTER LAW FIRM
323 CENTER STREET, SUITE 1035
LITTLE ROCK, ARKANSAS 72201
APORTE5640@AOL.COM

ALSO PRESENT:

MS. MARTY GARRITY (DIRECTOR OF BLR)

---

## I N D E X

STYLE AND NUMBER . . . . . . . . . . . . . . . . . . . . . . 1
APPEARANCES . . . . . . . . . . . . . . . . . . . . . . . . 2
STIPULATION PAGE . . . . . . . . . . . . . . . . . . . . . . 4
WITNESS: KENDRA DRONE-NORTH
    Examination by Mr. Cooper. . . . . . . . . . . . . . 5
    Examination by Mr. Porter. . . . . . . . . . . . . 156
    Examination Concluded. . . . . . . . . . . . . . . 165
COURT REPORTER'S CERTIFICATE . . . . . . . . . . . . . . 166

(NO EXHIBITS WERE IDENTIFIED OR ATTACHED TO THIS TRANSCRIPT)

---

C A P T I O N

ANSWERS AND ORAL DEPOSITION OF KENDRA DRONE-NORTH, a witness produced at the request of the Defendant, taken in the above-styled and numbered cause on the 7th day of October, 2025, at 10:12 a.m., at the Arkansas Attorney General's Office, 101 West Capitol Avenue, Little Rock, Arkansas, pursuant to the Federal Rules of Civil Procedure.

33

Q   Okay, she told you that.  Did you ever ask anybody why she was hired and you weren't?

A   I did mention it to Director Garrity.

Q   And did she tell you -- give you a reason?

A   She did not give me a reason.

Q   Did she respond to you at all?

A   She did.

Q   What did she say?

A   When I asked her, I told her -- well, when I told her and asked her about Judy getting the position over me, she didn't --

MR. PORTER:  What position was that?

THE WITNESS:  It was the administrative assistant to the administrator position in the Committee Staff Section.

A   (The witness continuing) -- she didn't respond to that.

Q   Okay.  And was that the position Estella Smith had before she was promoted to assistant director?

A   It was the assistant.  It would have been the assistant to her, yes.

Q   Okay, okay.

A   Yes, sir.

Q   And is that the position that ultimately Sheri Thomas was in?

A   No, sir.

34

Q   It's a different position, okay.

A   Yeah, it's a different -- Estella was the administrator, so there was an assistant to assist Estella Smith --

Q   Okay.

A   -- in her administrator position.

Q   All right.  And so when was the next time you applied for a promotion?

A   The next time I applied for a promotion would have been July the twenty -- well, I was told July the 21st, 2016, and I believe I had applied for that position in 2016, and it was the administrative assistant to the assistant director in IT.

Q   And who was hired for that position?

A   That would have been Lisa Willits, a Caucasian, White female.

Q   And do you believe you were more qualified than Ms. Willits?

A   My qualifications exceeded Lisa Willits, and yes.

MR. PORTER:  Spell that --

Q   And why --

MR. PORTER:  I'm sorry, spell that last name for the record.

THE WITNESS:  W-I-L-L-I-T-S.

MR. COOPER:  Is it I-T-S or I-S?

THE WITNESS:  It's I-T-S.

MR. COOPER:  Okay.

35

THE WITNESS:  It has a T in it.

Q   And why do you believe you were more qualified than Lisa Willits?

A   My qualifications again exceeded Ms. Willits's qualifications because I had two associates.  Let me make sure at this time, I did.  Yes, I had two associates degrees and a certificate of proficiency in accounting.  The coworker, Ms. Willits, White female, did not have any degrees to my knowledge.  I've had the tenure, the experience, the knowledge to do the position.

Q   Did you -- what is your -- you said to my knowledge that Ms. Willits did not have any degree.  What is your knowledge of that?

A   My knowledge was that she had no degree.

Q   I know.  What is that based on?

A   Based on conversations, coworkers saying that individuals do not have degrees.

Q   Did Ms. Willits tell you that?

A   She did not personally tell me that, no.

Q   And let me back up real quick to the September 23rd, 2015, position.  Do you know who made the decision on who to hire Ms. Steelman?

A   Yes.

Q   Who?

A   Director Garrity.

36

Q   And on the 2016 hire, do you know who made the decision to hire Ms. Willits?

A   My knowledge was that Director Garrity has full control over who gets hired.

Q   Did you interview for both of those positions?

A   I did.

Q   Who did you interview with in 2015?

A   In 2015, I interviewed with Estella Smith.

MR. PORTER:  2015 or '16?

THE WITNESS:  In 2015, I interviewed with Estella Smith.

Q   And who did you interview with in 2016?

A   Tim Carlock.

Q   And -- but it's your understanding that ultimately the decision is Director Garrity's?

A   Yes.  It has been stated that Director Garrity makes all the hiring decisions, even though there are administrators that are assigned to each division, that everything has to go through Director Garrity.

Q   Do you know how that process works?

A   Can you rephrase the question and explain?

Q   Yes.  So you interviewed with Estella Smith in 2015 and you interviewed with Tim Carlock in 2016.  Was Director Garrity involved in those interviews?

A   Director Garrity, I did not interview with her.

Case 4:24-cv-00405-LPR    Document 17-17    Filed 11/05/25    Page 10 of 42

---

**37**

Q   Right.  So do you know how the process for deciding who to hire, do you know what that process was?

A   What I was told by Estella Smith is that Director Garrity makes all the hiring decisions.  I was told that by another director, that Director Garrity makes all the hiring decisions.

Q   Right, ultimately, I think that's probably an accurate statement.  Do you know whether Director Garrity takes recommendations from the people that interviewed an applicant?

A   I don't know that.

Q   Do you know whether Director Garrity -- assuming she does take recommendations, do you know whether she overrules ever -- like, do you know whether one of the people that interviewed you said, I think we should hire Ms. North, and Director Garrity said, no, I want to hire this other person?  Do you have any information or evidence that that happened?

A   I don't know.  But I do know that Director Garrity -- there's a document that Director Garrity stated to Estella Smith that Kendra North -- Drone-North will never be hired as an analyst because I'm a pest and I've complained about merit increases.

Q   Okay, what document is that?

A   That would have been a document from the 2020 investigative report.

        MR. PORTER:  It kind of looks like a written note.

---

**38**

        THE WITNESS:  Yes.

        MR. PORTER:  Yeah, yes, looking at a handwritten note, Trey, in that document I just gave you, about four pages in.  It should be a handwritten -- right there.

Q   (Mr. Cooper continuing) And do you know whose handwriting this is on this?  It's a handwritten page.  It has Estella Smith written at the top.

A   Yes.  Jillian Thayer, BLR counsel.

Q   This is Ms. Thayer's notes?

A   Yes.

Q   And this was in 2020; right?

A   Yes.

Q   Do you have any reason to think that you were not hired in 2015 or 2016 because of a note in 2020?

A   I believe I've complained about discrimination, desperate treatment, unfairness to me, based on my race, that yes.

Q   All right, so let's move to -- I think the next entry on this page about positions you applied for is August 22nd, 2018.  And what position did you apply for there?

A   I'm sorry, could you -- here.

Q   August 22nd, 2018, and I'm looking at the positions --

A   Yes, sir.

Q   What position did you apply for there?

A   I applied for a legislative analyst position.

---

**39**

Q   And did you interview?

A   I did.

Q   Who did you interview with?

A   Tony Robinson.

Q   And who's Tony Robinson?

A   He is -- I think then he was the -- he may still be the administrator for the Personnel Committee.

Q   And who ultimately got that position?

A   I believe it was Ms. Katie James.

Q   And who is Katie James?

A   She is a White female.

Q   Do you believe she was less qualified than you?

A   Yes.

Q   Why?

A   Because my experience and knowledge exceeded the experience that she had.  She didn't have the experience that I had.  I was working as an administrative assistant, and I was doing analyst work because I had to help train an analyst.

Q   Do you know what Ms. Clark-James's education was?

A   Katie Clark-James, hired as a legislative analyst 2018, education level bachelor's degree, completed her master's degree in 2019 and was immediately moved to the Legislative II position and given a salary increase.

Q   So what was her education?

A   It was a bachelor's degree and then she completed her

---

**40**

master's degree in 2019.

Q   So you would agree that she had more education than you did, at least at that time?

        MR. PORTER:  Object to the form.  That's not -- no, she's indicated at the time of her hire, she only had a bachelor's degree.

        THE WITNESS:  Bachelor's degree.

Q   (Mr. Cooper continuing) And did you have a bachelor's degree at that time?

A   Yes, sir.

Q   All right.  Where did you get a bachelor's degree?

A   University of Arkansas, Little Rock.

Q   When did you get that?

A   It would have been 2019, and I believe it was conferred over later.

Q   So it would have been 2019 when you got the bachelor's degree?

A   Yes.

Q   So in 2018, when you applied for this position, you did not have a bachelor's degree; correct?

A   Correct.

Q   All right, let's talk about August 2019.  What position did you apply for then?

A   Legislative analyst.

Q   And I think you've got that listed on here twice.  Was